JAMES W. ALCANTARA - State Bar No.: 152747
Alcantara & Associates, APC
1050 Rosecrans Street, Suite C
San Diego, California 92106
Telephone:    (619) 233-5900
Facsimile:    (619) 233-5999
Email:        jima@alcantaraassociates.com

Attorneys for OMEGA INDUSTRIAL MARINE,
a corporation; and GREG LEWIS, an individual,

FILED
'10 DEC 30 AM 10: 09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMEGA INDUSTRIAL MARINE, a corporation; and GREG LEWIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>"BEBELI PRIDE," Official No. LCV1610, her engines, tackle, furniture and appurtenances, *in rem*; PACIFIC MARINE INDUSTRIES LIMITED, an Australian Entity; and JAMIE JACKSON, an individual, *in personam*,<br><br>Defendants. | CASE NO.<br><br>**'10 CV 2689 H   CAB**<br><br>IN ADMIRALITY<br><br>VERIFIED COMPLAINT FOR MONEY DAMAGES<br><br>*IN REM* AND *IN PERSONAM* |

PLAINTIFF OMEGA INDUSTRIAL MARINE and GREG LEWIS alleges as follows:

### JURISDICTIONAL ALLEGATIONS

1.   This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Supplemental Rules for Certain Admiralty Claims, over which this Court has jurisdiction pursuant to Article III, Section 2 of the U.S. Constitution and 28 U.S.C. §1333(1).

-1-

VERIFIED COMPLAINT

2.     This Court may further exercise its subject matter jurisdiction pursuant to the Ship Mortgage Act, 46 U.S.C §§30101 et. Seq. and the Federal Maritime Lien Act, 46 U.S.C. §31341, et. seq.

## PARTIES and GENERAL ALLEGATIONS

3.     Plaintiff OMEGA INDUSTRIAL MARINE ("OMEGA" or "PLAINTIFF") is and at all times mentioned in this complaint was, a corporation duly organized and existing under the laws of the State of California, with its principal place of business located in San Diego County, California. OMEGA hereby alleges that it provided materials, goods and services for the benefit of the DEFENDANT VESSEL, all of which constitute and qualify as maritime "necessaries" for purposes of the Commercial Instruments and Federal Maritime Lien Act (46 U.S.C. § 31301-31343), including, but not limited to: mechanical maintenance, repair and replacement; electrical systems maintenance, repair and replacement; fuel system maintenance, repair and replacement; and other such vessel maintenance and repairs (hereinafter collectively referred to as the "MARITIME NECESSARIES").

4.     Plaintiff GREG LEWIS ("LEWIS" or "PLAINTIFF") is an individual who was, at all times relevant, a resident of San Diego County, California.

5.     Defendant "BEBELI PRIDE," U.S. Official No. LCV1610, together with her Engines, Tackle, Accessories, Equipment, Furnishings and Appurtenances (hereinafter the "BEBELI PRIDE" or the "DEFENDANT VESSEL"), is a vessel of Australia, with its hailing port in San Diego Bay in San Diego, California. The Vessel is currently afloat within the navigable waters of the United States and within this District. On information and belief, Plaintiff alleges that the value of said vessel exceeds the amount owed under this Complaint.

6.     PLAINTIFF is informed and believes, and on that basis alleges, that Defendant PACIFIC MARINE INDUSTRIES LIMITED (hereinafter, "PACIFIC MARINE") is an Australian entity that appears have its origins in Papua New Guinea.

5.     PLAINTIFF is informed and believes, and on that basis alleges, that Defendant JAMIE JACKSON (hereinafter, "JACKSON") is an individual who is a foreign national whose

current residence is in the country of Australia, who was at all times relevant to the allegations herein the owner of the BEBELI PRIDE with authority to obligate or otherwise bind the vessel.

6. PLAINTIFF is informed and believes, and on that basis alleges, that each of the named defendants (the "DEFENDANTS") is an agent of the others, is legally responsible for the acts of the others as described herein, and, together, the DEFENDANTS are jointly and severally liable for those actions.

**FIRST COUNT**
[As to defendants BEBELI PRIDE, *in rem*; PACIFIC MARINE; and JACKSON, *in personam*]

7. The allegations of Paragraphs 1 through 6 are incorporated by reference and are realleged as if fully set forth herein.

8. On or about May of 2010, PLAINTIFF and DEFENDANTS entered into an agreement whereby PLAINTIFF would perform various work aboard the BEBELI PRIDE, and DEFENDANTS would compensate PLAINTIFF upon billing incurred.

9. During the months of May 2010 and November 2010, PLAINTIFF provided services to the DEFENDANT VESSEL.

10. Throughout the time period between the first work order contract and the last day in which PLAINTIFF provided MARITIME NECESSARIES, PLAINTIFF competently and without complaint provided the requested MARITIME NECESSARIES for the benefit of the DEFENDANT VESSEL and the *in personam* DEFENDANT.

11. Throughout the time period between the first work order contract and the last day in which PLAINTIFF provided MARITIME NECESSARIES to the Defendants, Defendants tendered some of the money owed for the MARITIME NECESSARIES that PLAINTIFF provided. However, the DEFENDANTS and each of them, have failed to pay at least $291,613.66 for the MARITIME NECESSITIES provided by PLAINTIFF.

**WHEREFORE**, Plaintiff prays as follows:

1. That process in due form of law pursuant to this Court's Admiralty and Maritime jurisdiction issue *in rem* against the DEFENDANT VESSEL, her rigging, tackle, apparel, furniture,

VERIFIED COMPLAINT

engines, bunkers, and all other necessaries thereunto appertaining and belonging, and that all persons claiming any interest in the DEFENDANT VESSEL be cited to appear and answer this Verified *in rem* Complaint;

2. That the *in personam* Defendant JAMIE JACKSON be cited to appear and answer this Verified Complaint;

3. That judgment be entered against the DEFENDANT VESSEL, *in rem*, and against the *in personam* Defendant, jointly and severally, for PLAINTIFF's damages in sum of not less than Two Hundred Ninety One Thousand Six Hundred Thirteen Dollars and Sixty Six Cents ($291,613.66) plus prejudgment interest, post-judgment interest, and reasonable attorneys' fees, together with all costs, including *custodial legis* expenses for the care, insuring, preservation, storage and mooring of the DEFENDANT VESSEL, and all other advances, expenses, fees, costs, and disbursements made by PLAINTIFF.

4. That DEFENDANT VESSEL be prevented from leaving the custodianship of the appointed custodian and the vessel not be permitted to leave the jurisdiction of this court until all matters raised in this Complaint have been adjudicated.

DATED this 30th day of December, 2010

Respectfully Submitted,
ALCANTARA & ASSOCIATES, APC

JAMES W. ALCANTARA, ESQ.
Attorney for OMEGA INDUSTRIAL MARINE
and GREG LEWIS

## VERIFICATION

I, GREG LEWIS, declare,

1. I am affiliated with OMAHA INDUSTRIAL MARINE *[handwritten: OMEGA]*

2. I have read the foregoing Complaint and know the contents. The Complaint is true of my own personal knowledge, except as to those matters which are stated on information and belief, or those matters which are stated to have been observed by others, or those matters about which the court may take judicial notice and, as to each of those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct, and that this declaration was executed in San Diego, California on December 30, 2010.

_____
GREG LEWIS

Alcantara & Associates, APC
Village Plaza
1050 Rosecrans Street, Suite C
San Diego, California 92106
(619) 233-5900 Fax: (619) 233-5999

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
OMEGA INDUSTRIAL MARINE and GREG LEWIS

**DEFENDANTS**
"BEBELI PRIDE" Official No. LCV1610; PACIFIC MARINE INDUSTRIES LIMITED; and JAMIE JACKSON

(b) County of Residence of First Listed Plaintiff  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
James W. Alcantara, Esq. Alcantara & Associates, APC 1050 Rosecrans Street Suite C San Diego, CA 92106

Attorneys (If Known)
'10 CV 2689 H - CAB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Article III, Section 2 of the U.S. Constitution and 28 U.S.C. §1333(1).

Brief description of cause:
Arrest of Vessel

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** 291,613.66

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 12/30/2010
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 21675  AMOUNT $ 350.00  APPLYING IFP  NS  JUDGE _____  MAG. JUDGE _____

12.30.10

ORIGINAL

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS021675
Cashier ID: nsiefken
Transaction Date: 12/30/2010
Payer Name: ALCANTARA AND ASSOCIATES
----------------------------------
CIVIL FILING FEE
 For: OMEGA INDUS. V BEBELI PRIDE
 Case/Party: D-CAS-3-10-CV-002689-001
 Amount:        $350.00
----------------------------------
CHECK
 Check/Money Order Num: 6130
 Amt Tendered:  $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```